# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Vickie Guanzon, | No. CV-17-01157-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| Vixxo Corporation, | |
| Defendant. | |

Upon stipulation of the parties and for good cause shown,

**IT IS ORDERED** that the parties' Stipulation and Joint Motion to Dismiss and Refer Matter to Arbitration (Doc. 207) is granted. Attorneys' fees and costs of suit, if any, will be decided by the arbitrator.

**IT IS FURTHER ORDERED** that the Clerk of the Court dismiss this action with prejudice and terminate the case.

**IT IS FURTHER ORDERED** that all hearings, including the July 29, 2020 Final Pretrial Conference, and deadlines are vacated, and all pending motions, including the motions in limine (Docs. 196, 197, 198, 199) are denied as moot.

Dated this 13th day of July, 2020.

Dominic W. Lanza
United States District Judge